AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rainey, John D | U.S. District Court, Texas | 04/22/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 S. Main<br>Room 406<br>Victoria, TX 77901 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| | |


RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D | 04/22/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D | 04/22/2006 |

**V. GIFTS.** *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

**VI. LIABILITIES.** *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D | 04/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Summit Energy | | None | J | W | | | | | |
| 2. Cimarron Corp. | | None | J | W | | | | | |
| 3. Merrill Lynch (IRA) | E | Dividend | M | T | | | | | |
| 4. -M.L. Growth Fund | | | | | | | | | |
| 5. -M.L. Global Allocation Fund | | | | | | | | | |
| 6. -Investment Co. of America | | | | | | | | | |
| 7. -M.L. Money Market | | | | | | | | | |
| 8. Parcel 2, Brazoria Co., TX | | None | J | W | | | | | |
| 9. 1st Victoria National Bank (IRA) | A | Interest | K | T | | | | | |
| 10. State Farm Insurance | B | Interest | L | T | | | | | |
| 11. American International Group | A | Dividend | L | T | | | | | |
| 12. General Electric | C | Dividend | M | T | | | | | |
| 13. H.J. Heinz | A | Dividend | K | T | | | | | |
| 14. Lyondell Chemical Co. | A | Dividend | J | T | | | | | |
| 15. SBC Communications Inc. | | | | | name change | 11/18 | | | became AT&T |
| 16. AT & T, Inc.(formerly SBC Communications) | B | Dividend | K | T | | | | | |
| 17. Weingarten Rlty, Inc. | B | Dividend | K | T | | | | | |

, rent,

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D –$5,001 - $15,000 H2 –More than $5,000,000 | E –$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 –$1,000,001 - $5,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D | 04/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1st Victoria National Bank, Victoria, TX (CD) | B | Interest | K | T | | | | | |
| 19. Wells Fargo, VIctoria, TX | C | Interest | M | T | | | | | |
| 20. Verizon Communications | A | Dividend | K | T | | | | | |
| 21. 1st Victoria National Bank, Victoria, TX (CD) | C | Interest | L | T | | | | | |
| 22. 1st Victoria National Bank, Victoria, TX (CD) | A | Interest | J | T | | | | | |
| 23. 1st Prosperity Bank, Victoria, TX (CD) | B | Interest | L | T | | | | | |
| 24. Socorro Tex ISD Bond | A | Interest | K | T | | | | | |
| 25. General Motors | A | Dividend | | | sell | 11/29 | J | | |
| 26. Sanders Morris Harris Account | A | Interest | L | T | | | | | |
| 27. Del Monte Foods Co. | | None | J | T | | | | | |
| 28. Enterprise Products Partners LP | B | Interest | K | T | | | | | |
| 29. Gillette Company(became Proctor and Gamble) | A | Dividend | | | merger | 10/1 | | | |
| 30. Proctor and Gamble (X) (formerly Gillette Co.) | A | Dividend | K | T | merger | 10/1 | | | |
| 31. The Saint Joe Co. | A | Dividend | K | T | | | | | |
| 32. Washington Mutual Inc. | A | Dividend | K | T | | | | | |
| 33. Medco Health Solutions Inc. | | None | J | T | | | | | |
| 34. Hurst Euless Bedford Tex ISD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D | 04/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Southlake Tex ISD | A | Interest | K | T | | | | | |
| 36. 1st Prosperity Bank, Victoria, TX (CD) (X) | A | Interest | K | T | buy | 1/22 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D –$5,001 - $15,000 H2 –More than $5,000,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,001 - $100,000 P1 –$1,000,001 - $5,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D | 04/22/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D | 04/22/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  5/14/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544